IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC.,<br><br>          Plaintiff<br><br>v.<br><br>VURV TECHNOLOGY, INC.,<br><br>          Defendant. | C. A. No.: _____<br><br>Jury Trial Demanded |

## COMPLAINT

### The Parties

1.      Plaintiff, Kenexa BrassRing, Inc. ("Kenexa"), is a Delaware corporation having its corporate headquarters at 650 East Swedesford Road, Wayne, Pennsylvania 19087.

2.      Defendant Vurv Technology, Inc. ("Vurv") is a Delaware corporation having a principal place of business at 7660 Centurion Parkway, Suite 100, Jacksonville, Florida 32256.

### Jurisdiction

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1338(a).

4.      As alleged herein, Vurv has infringed (literally and/or by equivalents), and is continuing to infringe, Kenexa's patents by making, using, importing, selling, and/or offering to sell products covered by one or more patent claims – or by performing any method claimed therein – within the United States, and/or by contributing to or inducing such infringement.

5.      This Court has personal jurisdiction over Vurv, which is a Delaware corporation.

## Count I
## Infringement of U.S. Patent No. 5,999,939

6.     Kenexa repeats and realleges the foregoing paragraphs.

7.     Kenexa is the owner of United States Patent No. 5,999,939 (the "'939 patent") and has the right to sue on the '939 patent. A copy of the '939 patent is attached as Exhibit A.

8.     Vurv has infringed (literally and/or by equivalents), and is continuing to infringe, the '939 patent by making, using, importing, selling, and/or offering to sell products covered by one or more of the '939 patent claims – or by performing any method claimed therein – within the United States, and/or by contributing to or inducing such infringement.

9.     Vurv's infringement of the '939 patent is and has been willful, has caused and will continue to cause Kenexa to suffer substantial damages, and has caused and will continue to cause Kenexa to suffer irreparable harm for which there is no adequate remedy at law.

## Count II
## Infringement of U.S. Patent No. 6,996,561

10.     Kenexa repeats and realleges the foregoing paragraphs.

11.     Kenexa is the owner of United States Patent No. 6,996,561 (the "'561 patent") and has the right to sue on the '561 patent. A copy of the '561 patent is attached as Exhibit B.

12.     Vurv has infringed (literally and/or by equivalents), and is continuing to infringe, the '561 patent by making, using, importing, selling, and/or offering to sell products covered by one or more of the '561 patent claims – or by performing any method claimed therein – within the United States, and/or by contributing to or inducing such infringement.

13.     Vurv's infringement of the '561 patent is and has been willful, has caused and will continue to cause Kenexa to suffer substantial damages, and has caused and will continue to cause Kenexa to suffer irreparable harm for which there is no adequate remedy at law.

RLF1-3281420-1

## PRAYER

WHEREFORE, Kenexa requests that this Court:

1.      Enter a permanent injunction enjoining Vurv and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for any of them or on their behalf, or acting in concert with them, from further infringement of any and all of the '939 and '561 patents;

2.      award Kenexa compensatory damages, costs, and interest for patent infringement;

3.      award Kenexa treble damages for the willful infringement of the '939 and '561 patents;

4.      award Kenexa its reasonable attorneys' fees under 35 U.S.C. §285; and

5.      award Kenexa such other relief as the Court deems just and proper.

## JURY DEMAND

Kenexa demands a trial by jury on all issues so triable.

*Of Counsel*:

Matthew B. Lowrie
Robert J. Silverman
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

Dated: May 9, 2008

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
RICHARDS, LAYTON AND FINGER
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Plaintiff*

# EXHIBIT A

US005999939A

# United States Patent [19]

## de Hilster et al.

[11] **Patent Number:** 5,999,939

[45] **Date of Patent:** Dec. 7, 1999

[54] **SYSTEM AND METHOD FOR DISPLAYING AND ENTERING INTERACTIVELY MODIFIED STREAM DATA INTO A STRUCTURED FORM**

[75] Inventors: **David Scott de Hilster**, Long Beach; **Alan George Porter**, Huntington Beach; **John Reese**, Los Angeles, all of Calif

[73] Assignee: **Interactive Search, Inc.**, Los Angeles, Calif.

[21] Appl No : **09/019,948**

[22] Filed: **Feb. 6, 1998**

**Related U.S. Application Data**

[60] Provisional application No 60/068,404, Dec 21, 1997

[51] Int. Cl.⁶ .................................. G06F 17/30
[52] U.S. Cl. .................. 707/102; 707/104; 705/28
[58] Field of Search .......................... 707/102, 104; 705/28

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,164,899  11/1992  Sobotka et al ............. 705/9

| | | | |
|---|---|---|---|
| 5,197,004 | 3/1993 | Sobotka et al | .. 705/8 |
| 5,721,827 | 2/1998 | Logan et al | 709/217 |
| 5,740,425 | 4/1998 | Povilus | 707/100 |
| 5,806,057 | 9/1957 | Gormley et al | .. 707/1 |
| 5,809,248 | 9/1998 | Vidovic | 709/219 |
| 5,832,496 | 11/1998 | Anand et al. | 707/102 |
| 5,855,007 | 12/1998 | Jovicic et al | 705/14 |
| 5,907,837 | 5/1999 | Ferrel et al | 707/3 |

*Primary Examiner*—Wayne Amsbury
*Attorney, Agent, or Firm*—Freilich, Hornbaker & Rosen

[57] **ABSTRACT**

A system and method for facilitating the accurate entry of information into a highly structured database by initially extracting information from a plurality of nonuniformly formatted source data streams, e g , documents/files, and subsequent interactions with users before storing the accepted and/or modified information into the database Embodiments of the present invention provide an interactive path for each user (e g , the author of the source document/file) to interactively modify the extracted data, e g , according to the source document/file Preferably, this interactive path is provided via the Internet and the extracted information can be modified by editing and/or selectively copying portions of the source documents/files to supplement and/or modify the extracted information

**20 Claims, 10 Drawing Sheets**





*Fig. 1.*



EXPERIENCE:

26

_11/96 - 7/97 Relocation Assistance Coordinator_
<u>Tokyo Central Agency (TGA Inc.) Tokyo, Japan</u>
    Worked in a completely bilingual environment, involved in all aspects of Expatriate relocation
    Conducted various orientations focusing particularly on life in Tokyo assistance in immigration
    and other official procedures, house hunting and school arrangements Constantly required to use
    various skills in interpretation, translation, negotiation and cultural awareness

*Fig. 2.*



*Fig. 3.*



**Fig. 4.**



**Fig. 5.**



## jobEngine

## Post Resume

Help?

This page is for posting a new resume. Click here to **Change** or **Remove** a previously posted resume.

**Instructions:**

There are 3 steps to post your resume:

- Paste in your resume.
- Answer a few questions.
- Review our work to ensure that the information in your resume is correct. Then enroll.

And only a few rules:

~~ 68

- Items labelled in **Red are Required.**
- Items labelled in **Black are Optional,** but we strrongly suggest that you take a few minutes to answer the questions. Your answers provide information, not typically found in a resume, that employers want to know before they contact you.

Don't worry -- nothing will be saved in the database without your review and approval.

### STEP ONE -- PASTE IN YOUR RESUME

Copy your resume from a text file on your computer and paste into the text block below.

Be sure your contact information (name, address, phone number(s) and email address) appears only at the top of the resume, and that nothing in the body of your resume (like your current job description) identifies you. This protects your privacy. This step is **Required.**

70

Resume:

```
Arthur Smith
1234 Main Street
Sausalito, California 94965
Tel: 415-555-5432   Fax: 415-555-5543
E-mail: asmith@isp.com

EXPERIENCE:

11/96 - 7/97 Relocation Assistance Coordinator
Tokyo Central Agency (TGA Inc.) Tokyo, Japan
```



# Fig. 6A.

job*Engine*                                                        Post Resume
                                                                      help?

### STEP TWO -- ANSWER A FEW QUESTIONS

There's some additional information, not typically in your resume, that is very helpful to employers. Most of these questions are optional. However, you should try to answer as many as possible. It will only take a few minutes... promise.

⟋72

**Job Goals**

**Functional Specialties**

GENERAL MANAGEMENT
 Senior Management (CEO Pres, COO, GM)
 Branch & Regional Management
INFORMATION TECHNOLOGY MANAGEMENT — 82a

**Type of Position**    Full Time 🔽 — 82b

**Expected Compensation**    open 🔽 — 82c

**Travel**    Moderate (25%-50%) 🔽 — 82d

**Relocation**    Yes - I can relocate to: 🔽    Areas  most anywhere — 82f
— 82e

**About You**

**Citizenship**    U.S. Citizen 🔽 — 82g

**Current Clearances**    No 🔽 — 82h

**Enrollment**    — 82i

**Type**    ⦿ Open - Your full resume, including contact information, will be available to employers.

 ○ Confidential - Your full resume, except your contact information, will be available to employers. Those interested in contacting you can do so via email forwarded to you confidentially.

 ○ Private - No employer can see your resume. It is retained in jobEngine's Resume Center as a convenience to you when applying to jobs.

[ Ready for Step 3! ]   [ Start Over ]

Comments, questions or suggestions? Please email us at support@jobEngine.com

------ A ZDNet and I-Search Site ------

 Copyright (c) 1997 jointly by Ziff-Davis (ZDNet) and Interactive Search (I-Search). All rights reserved.
jobEngine and "Matchmakers for IT Professionals" are joint service marks of Ziff-Davis and 

# *Fig.6B.*

## Job*Engine*                                  Post Resume

### STEP 3 -- REVIEW INFORMATION AND ENROLL                 Help

We know you hate to enter again what you have already put into your resume. So, we've tried first to fin information we need. Please review the information carefully and correct errors. A <u>copy of your resum</u> included for copying and pasting as needed. This is an important step. Remember -- items labeled in Re Required.

Be sure to scroll through all the data in this window, make all needed corrections, select a Resu Access Code and password, and then Post your resume.



**Experience**

Your three most recent positions. The order of jobs is not important. For each job entered, information is in each of the four columns with red labels

| Start Date | End Date | Company | Title |
|---|---|---|---|
| 11/96 | 7/97 | TGA Inc. | Relocation Assistan |
| 3/95 | 10/96 | NCR English Language Inst | English Teacher |
| 8/94 | 2/95 | Los Angeles | Sales Associate |
| Year First Employed | 5/93 | | |

**Education**

Your three most recent degrees. For each degree entered, information is required in each of the two colu red labels. Information in the other columns is helpful

| Year | Degree | School | Major |
|---|---|---|---|
| March, 1 | Bachelor of Ar | University of California | Speech Communications |
| | | | |
| | | | |

## *Fig.6C.* (PART 1 OF 3)

**Job Goals**

Functional Specialties

Senior Management (CEO Pres, COO, GM)
Branch & Regional Management
INFORMATION TECHNOLOGY MANAGEMENT

Type of Position    Full Time

Expected Compensation    open

Travel    Moderate (25%-50%)

Relocation    Yes - I can relocate to:    Areas    most anywhere

**About You**

Citizenship    U.S. Citizen

Current Clearances    No

**Please Help Us**

We are curious about how you learned about jobEngine. Please help us by selecting one of the choices

**Access Keys**

Select an access code and password for future access to your resume.

Resume Access Code    arthur

Password

Password (again)

**Posting**

Neither Ziff-Davis nor I-Search is responsible for the verification of data provided and shall not be liable for any errors, factual, transcript otherwise, contained in the information posted. Further, we assume no obligation with respect to the compliance of the information or a process with applicable governmental laws, rules and regulations of any kind regarding employment practices. With respect to confide Ziff-Davis and I-Search will use reasonable measures to delete the applicant's identity, but shall not be responsible for unintentional dis software malfunctions or exposures of applicant through descriptive information contained in the body of the resume.

I accept the agreement, post my resume.

Your resume text for cutting and pasting information a
Back to Form

Processed by I-Search:   151-9000-5279

⌐ 12'

Arthur Smith
1234 Main Street
Sausalito, California 94965
Tel: 415-555-5432    Fax: 415-555-5543
E-mail: asmith@isp.com

EXPERIENCE:

**Fig. 6C.** (PART 2 OF 3)

11/96 - 7/97 Relocation Assistance Coordinator
Tokyo Central Agency (TGA Inc.) Tokyo, Japan
Worked in a completely bilingual environment, involved in all aspects of Expa
Conducted various orientations focusing particularly on life in Tokyo assista
other official procedures, house hunting and school arrangements. Constantly
skills in interpretation, translation, negotiation and cultural awareness.

3/95 - 10/96 English Teacher
NCR English Language Institute, Tokyo, Japan
Nova Inter cultural Institute, Tokyo, Japan
Experienced in all aspects of teaching English as a foreign language, includi
T.O.E.F.L. Actively participated in recruitment of new students, student lev
progress analysis. Voted Teacher of the Year by students and upper managemen

24 —— 8/94 - 2/95 Sales Associate
Nordstroms Los Angeles, CA
Consistently ranked as highest in customer sales and satisfaction in a compet
environment. Sharpened communicational skills and refined fashion sense gave
privilege of an honest and bright salesperson.

5/93 - 6/94 Resort Hotel Supervisor
Pacific Islands Club, Guam, U. S. A.
Thrived in a resort where the primary focus was to initiate guest interaction
department of sports, entertainment and activities. Assumed direct responsib
sports complex, training the constant influx of new employees, inventory and
introduction of inventive and efficient motivational techniques) and complete

EDUCATION:

Bachelor of Arts - Speech Communications
University of California at Santa Barbara
Graduation:     March, 1993

Major Courses of Study & Interest
Interpersonal Relations, Creative Writing, Psychology, Sociology

CERTIFICATES:  National Japanese Proficiency Exam - Level 2
 INTERESTS:  Travel, Japanese, Scuba Diving, Tennis

{PGCNT}
{PAGE}

Comments, questions or suggestions? Please email us at support@jobEngine.com

——— A ZDNet and I Search Site ———

 Copyright (c) 1997 jointly by Ziff Davis (ZDNet) and Interactive Search (I-Search) All rights reserved
jobEngine and "Matchmakers for IT Professionals" are joint service marks of Ziff-Davis and
Interactive Search   I-Search

# *Fig.6C.* (PART 3 OF 3)

Case 3:08-cv-00279-SLR Document 62-2 Filed 05/09/2008 Page 12 of 37

# Arthur Smith

1234 Main Street
Sausalito, California 94965
Tel: 415-555-5432  Fax: 415-555-5543
E-mail: asmith@isp.com

 12

## EXPERIENCE:

*11/96 - 7/97 Relocation Assistance Coordinator*

Tokyo Central Agency (TGA Inc.) Tokyo, Japan

Worked in a completely bilingual environment, involved in all aspects of Expatriate relocation. Conducted various orientations focusing particularly on life in Tokyo assistance in immigration and other official procedures, house hunting and school arrangements. Constantly required to use various skills in interpretation, translation, negotiation and cultural awareness.

*3/95 - 10/96 English Teacher*

NCR English Language Institute, Tokyo, Japan

Nova Inter cultural Institute, Tokyo, Japan

Experienced in all aspects of teaching English as a foreign language, including Phonics, and T O E F L. Actively participated in recruitment of new students, student level assessment and progress analysis. Voted Teacher of the Year by students and upper management.

*8/94 - 2/95 Sales Associate*

Nordstroms, Los Angeles, CA

Consistently ranked as highest in customer sales and satisfaction in a competitive retail environment. Sharpened communicational skills and refined fashion sense gave customers the privilege of an honest and bright salesperson.

*5/93 - 6/94 Resort Hotel Supervisor*

Pacific Islands Club, Guam, U. S. A.

Thrived in a resort where the primary focus was to initiate guest interaction in the unique department of sports, entertainment and activities. Assumed direct responsibility for managing the sports complex, training the constant influx of new employees, inventory and ordering of supplies, introduction of inventive and efficient motivational techniques) and complete area maintenance.

## EDUCATION:

Bachelor of Arts - Speech Communications
University of California at Santa Barbara
Graduation: March, 1993

Major Courses of Study & Interest
Interpersonal Relations, Creative Writing, Psychology, Sociology

CERTIFICATES: National Japanese Proficiency Exam - Level 2

INTERESTS: Travel, Japanese, Scuba Diving, Tennis

*Fig. 7.*

5,999,939

| 1 | 2 |

# SYSTEM AND METHOD FOR DISPLAYING AND ENTERING INTERACTIVELY MODIFIED STREAM DATA INTO A STRUCTURED FORM

This application claims the benefit of U.S. Provisional Application No. 60/068,404 filed Dec. 21, 1997

## BACKGROUND OF THE INVENTION

The present invention relates to data processing systems for entering information into and accessing information from large structured databases and in particular to those systems which allow multiple independent users to enter information from nonuniformly formatted documents/files and to interact with the system to assure the accuracy of the database entries

The use of databases for storing data records which can be readily searched is well known. A typical application of large structured databases would be a system for matching jobs and applicants. When used in conjunction with a search engine, a program that can search for matches between inquiry data and data stored within the database, such a system significantly reduces the manual efforts required to match the needs of employers (job providers) and applicants (job seekers). In order to enter applicant data into the database, source documents/files (typically, nonuniformly formatted resume) can be used. Since the format of text data contained within a resume is typically not standardized, text data extraction software is used to retrieve data for entry into the database. Typical of such data extraction software is that described in U.S. Pat. Nos. 5,164,899 and 5,197,004

## SUMMARY OF THE INVENTION

The present invention is directed to a system for facilitating the accurate transfer of information from a source data stream, e.g., a document/file, to a highly structured database and more particularly to such systems capable of accepting nonuniformly formatted documents, e.g., text documents such as resumes, from a plurality of users via a remote communication interface, e.g., the Internet, and for extracting information therefrom via a procedure which includes user participation to assure the transfer of appropriate entries into the database

Embodiments of the present invention provide an interactive path for a user (typically, the author of the source document/file) to interactively modify the extracted information. In a preferred embodiment, this interactive path is provided via the Internet and the extracted information can be altered by editing and/or selectively copying portions of the source document/file to supplement and/or modify the extracted information

A preferred system for facilitating the accurate transfer of information from each of a plurality of nonuniformly formatted source data streams into a structured database comprises (1) means for supplying digital data representing each of a plurality of source data streams from a plurality of users, each source data stream containing data corresponding to multiple discernible source data strings, (2) data extraction means for extracting selected ones of the source data strings and generating related target data strings, (3) means for displaying a structured form comprised of multiple fields, each field capable of accommodating a data string and wherein one or more of the fields have the target data strings inserted within, (4) means for enabling each user to modify the target strings inserted within the displayed form corresponding to the source data stream originating from the user

before accepting the form, and (5) means for storing data corresponding to the data strings from the form fields into the database

In a further aspect of the present invention, the providing means uses a remote communication interface, preferably using the Internet, to supply the source document/file to the data extraction means and, subsequently, to return the form having target data strings within its fields

The novel features of the invention are set forth with particularity in the appended claims. The invention will be best understood from the following description when read in conjunction with the accompanying drawings

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 comprises a simplified block diagram of a system for entering resume data into a database and interactively modifying and/or supplementing such entered data;

FIG. 2 is a portion of the exemplary resume of FIG. 7, showing the extraction of source text strings based on the syntax of surrounding text;

FIG. 3 is a diagram of the structure of an exemplary database comprised of a plurality of applicant data records;

FIG. 4 comprises an expanded block diagram of the flow of the data entry system of FIG. 1;

FIG. 5 comprises a simplified flow chart of the data entry flow of FIG. 4;

FIGS. 6A–6C show exemplary forms for providing resume and/or supplementary data to the database service provider of FIG. 1; and

FIG. 7 shows an exemplary resume used in conjunction with the forms of FIGS. 6A–6C

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is directed to a system for facilitating the accurate transfer of information from a source data stream, e.g., a document/file, to a highly structured database and more particularly to such systems capable of accepting nonuniformly formatted documents, e.g., text documents such as resumes, from a plurality of users via a remote communication interface, e.g., the Internet, and for extracting information therefrom via a procedure which includes user participation to assure the transfer of appropriate entries into the database

Embodiments of the present invention provide an interactive path for a user (typically, the author of the source document/file) to interactively modify the extracted information, e.g., according to the source document/file. In a preferred embodiment, this interactive path is provided via the Internet and the extracted information can be altered by editing and/or selectively copying portions of the source document/file to supplement and/or modify the extracted information

FIG. 1 comprises a simplified block diagram of a system 10 for entering data from a source data stream 12, e.g., a text document/file such as a resume, into a database 14 and interactively modifying and/or supplementing such entered data. In an exemplary job search environment, the interactive system 10 provides an improved system and method for accurately transferring information from resume source document/file 12, hereinafter referred to as resumes and preferably independently generated by a plurality of applicants 16, to the database 14 where it is accessible (preferably via a search engine as described further below) to one or

5,999,939

| 3 | 4 |

more employers 18 Resumes are preferably used as the source documents/files 12 in this environment since resumes are a well-accepted tool for providing information from an applicant to an employer and, as such, they typically already exist

As shown in FIG. 1, the resume 12 is typically generated via path 20 using a word processor (not shown) Interactions between the applicant 16 and resume 12 typically continue via the word processor until a satisfactory resume 12 is generated and stored as corresponding digital data However, resumes are generally nonstructured or loosely structured (and nonuniformly formatted between users) text documents that are only intended to be human readable e g , by the employer 18 and the applicant 16, and are typically not directly useable in the highly structured database 14 Consequently, the resume 12 is supplied via path 21 to a data extractor 22, preferably implemented as text data extraction software (e g , the DEFT software developed by TRW as part of their InfoWeb™ system), to selectively convert information from the format of the unstructured (or loosely structured) resume 12 to the format of the highly structured database 14 Essentially as shown in FIG. 2 (a portion of the exemplary resume of FIG 7), the data extractor 22 isolates one or more discernible source data strings, e g , text data strings 24, within the resume 12 and, according to the content of the source data strings, e g , $24a-24z$, and using the syntax of surrounding keyword data, e g , text strings 26, determines a correlation between source text strings 24 and data fields 28 that are to be entered into the database 14 For example, the keyword text string 26 ("EXPERIENCE") identifies the following source text strings 24 as being related to the applicant's job experience due to the syntax of the surrounding text, e g , the keyword "experience", the existence of dates, the identification of a company (Inc ), etc

As shown in FIG. 3, an exemplary applicant database 14 is comprised of a plurality of fixed length records 30, each corresponding to a different one of a plurality of applicants 16 Each record 30 is comprised of a plurality of data fields 28 having predefined formats and lengths, corresponding to searchable pieces of information

Table I shows an exemplary partial list of definitions of the information stored in the data fields 28 of the database 14 of FIG 3

TABLE I

| Data Field | Definition |
| --- | --- |
| 28j | Most recent job start date |
| 28k | Most recent job end date |
| 28l | Most recent job company |
| 28m | Most recent job title |
| 28n | Next job start date |
| 28o | Next job end date |
| 28p | Next job company |
| 28q | Next job title |

First, the data extractor 22 extracts source data strings, e g , text strings $24a-2d$, from the resume 12 Optionally, the text format of one or more of the source text strings 24 are then altered by the data extractor 22 to generate target data strings, e g , text strings 32, of a standardized format. For example, a date text string could be standardized (e g, March 12, 1993 could be changed to 3/12/93) Otherwise, the stored target text string 32 is essentially identical to the source text string 24 As described further below, each target text string 32 preferably corresponds to the data fields in the database 14 (e g , the target string 32 corresponding to source text string $24a$ corresponds to $28j$) and thus, following the modification/acceptance process described below, target text strings 32 are stored via path 34 into the database 14 (following any conversions required by the format of the database 14 and its fields 28)

However, due to lack of structure of the resume 12, the data extractor 22 (also referred to as a natural language processor) is susceptible to making an incomplete or erroneous correlations Accordingly, the present invention provides an interactive path 36 that enables the applicant 16, generally the individual most acquainted with the contents of the resume 12, to modify the target text strings 32 to best correspond to the resume 12 and, thus, enhance the accuracy of the data stored in the database 14

FIG 4 is an expanded block diagram of the system 10 of FIG 1 showing the data flow which enables each user (i e , applicant 16 in this exemplary environment) to interact with the information extracted by the data extractor 22 and thus assure the accurate transfer of information from the resume 12 into the structured database 14 The interactive system 10 is preferably comprised of one or more user sites 38 (including a computer 40 operated by the applicant 16) and a database service provider site 42 (generally an automated service) coupled to each other via a remote communication interface 44. In the following discussion, the remote communication interface comprises the Internet 46, the associated hardware and/or software at the user 38 and database service provider 42 sites, typically comprising a modem 48 and a web (Internet) browser 50, and the associated interconnections 52 between (typically phone lines and Internet Service Providers (ISPs)) However, other communication interfaces, e g , a local area network (LAN) or a direct modem to modem or serial port to serial port connections, are also considered to be alternative remote communication interfaces

Preferably, each user site 38 is comprised of the computer 40, e g , a personal computer, having a display control output 54 that drives a display monitor 56 to generate a displayed output 58 and a data entry device, e g , a keyboard/mouse 60, that directs operation of the computer 40 via control path 62 In contrast, while the database service provider site 42 may typically also include a monitor and a keyboard/mouse, it only requires a computer 64 that interfaces to the Internet 46

Initially, the user 16 at user site 38 generates the source document/file, i e , resume 12, at step 66 of FIG 5 As previously discussed, this generation is interactive and proceeds until user 16 is satisfied with the results However, the resulting resume 12 is generally unstructured relative to the highly structured form of the database 14

As a next step, the user 16 requests a first web page form (step 68) via the Internet 46 to begin the process of interactively transferring the resume 12 to the database 14. The first web page form 68 (see FIG 6A) is stored (see block 70) within computer 64 at the database service provider site 42 and is responsively provided back (see step 72) to the user site 38 via the Internet 46 (commencing STEP ONE) and displayed by the web browser 50 on the monitor 56 The user 16 then preferably provides the existing resume 12 back to the database service provider site 42 via a pasting operation used in conjunction with the web browser 50 In an exemplary Windows 95 environment, the user 16 launches the

5,999,939

5

word processor, e g , Microsoft Word, that had been used to generate the resume 12 Preferably, the user 16 then selects the entire resume document and copies it to the clipboard. Next, the user 16 pastes the resume 12 from the clipboard into a source data input field 70 of the first web page form 68 using the web browser 50, e g , Microsoft Internet Explorer Typically, this pasting removes any word processor formatting information and results in digital data (preferably formatted as ASCII text) representing the resume 12 being stored in the web browser 50 (Alternatively, the word processor formatting information can be extracted by the data extractor 22 ) The web browser 50 is then used to send (see step 74) the first web page form 68 (now containing the resume 12) to the database service provider site 42 where the resume 12 is stored in resume storage 74 The data extractor 22 then extracts one or more source text strings 24 according to syntactical rules to establish a correspondence between the source text strings 24 (preferably saved as intermediary target text strings 32) and fields 28 of the database 14

Next, STEP TWO of the process commences by the computer 64 at the database service provider site 42 sending a second web page form 78 (see FIG 6B) at step 80 which is displayed via the web browser 50 on the monitor 56 at the user site 38 In this example, the second web page form 78 is a supplemental inquiry form, that asks the user 16 one or more supplemental questions In response, the user 16 fills in supplemental fields 82, e g , by a pull-down field, free text entry, a radio selection, etc This filled-in form is sent back to the database service provider 42 in step 84 where supplemental text strings 86 are stored in supplemental text storage 88

STEP THREE of the process commences by the third web page form generator 90 at the database service provider site 42 generating a third web page form 92 (see FIG 6C), a structured form having multiple fields 94 each field being capable of accommodating a text string within Specifically, target text strings 32 (corresponding to source text strings 24) are inserted within fields 94 according to the syntax of the source document/file 12 and the definition (e g , name, address, city, etc ) of each field 94 Additionally, the supplemental text strings 86 are inserted within the associated fields 94 of form 92 Preferably, the stored resume 12' from resume storage 74 is also added to the third web page form 92 Finally, the third web page form 92 is sent back in step 96 to the user site 38 where it is displayed by the web browser 50 on monitor 56

The user 16 can now use the view the displayed form 92 to determine its accuracy If the displayed data, including target text strings 32 and supplemental text strings 86, are accurate the user 16 sends back form 92 to the database service provider site 42 where the accepted text strings are extracted in block 98 and stored in database 14 However, as previously discussed, the displayed data is not always accurate Accordingly, the user 16 can edit data supplied in the third web page form 92 (preferably including using the supplied resume 12) to cause the displayed data of form 92 to more accurately represent the applicant's resume information Using features of the web browser 50, the user 16 can in step 100 edit fields 94 and/or paste information from resume 12' (now part of form 92) to modify the data fields 94 The user in step 102 then sends the modified form 92 back to the database service provider site 42 where accepted text strings 104 from fields 94 are stored in the database 14 in step 98

As an example of this modification process, it is noted that field 94n corresponding to the third "Company" under "Experience" has been filled in with the target text string 32

6

"Los Angeles" This is inaccurate since the data extractor 22 has apparently missed the company name, i e , Nordstroms, and instead extracted the city name as the target text string 32 Therefore, the user/applicant 16 can identify this inaccuracy and either (1) edit the field 94n by typing in the correct entry or (2) select the source text string 24' from the copy 12' of resume 12 included on the third web page form and paste the proper text (Nordstroms) into field 94n Accordingly, the user/applicant 16 has been given the opportunity to verify and correct the data before entering it into the database 14, thus assuring the accurate transfer of information into the database 14

Once the information has been stored in the database 14, a search engine 106, preferably a software program that executes on the computer 64 at the database service provider site 42, can be used to match inquiries, e.g., from one or more employer sites 108 (preferably via the remote communication interface 44) to look for applicants 16 with specific attributes For example, since the highly structured database 14 contains fields 28 corresponding to the schools attended by each applicant 16, the search engine 106 can, in response to a request from the employer site 108, search for applicants 16 who graduated from specific schools or any other criteria stored in the fields 28 of the database 14

Although the present invention has been described in detail with reference only to the presently-preferred embodiments, those of ordinary skill in the art will appreciate that various modifications can be made without departing from the invention For example, while a job search environment has been primarily described, the present invention can be useful in other environments where the source document is essentially unstructured relative to a highly structured database Accordingly, the invention is defined by the following claims

I claim:

1 A method for facilitating the accurate transfer of information from each of a plurality of nonuniformly formatted source data streams into a structured database, said method comprising the steps of:

    supplying digital data representing each of a plurality of source data streams from a plurality of users, each said source data stream containing data corresponding to multiple discernible source data strings;

    processing said digital data for extracting selected ones of said source data strings and generating related target data strings;

    displaying a structured form comprised of multiple fields, each field being capable of accommodating a data string and wherein one or more of said fields have said target data strings inserted within;

    enabling each user to modify and/or accept said target data strings inserted within said displayed form corresponding to said source data stream originating from said user; and

    storing data corresponding to said data strings from said form fields into a database

2 The method of claim 1 wherein said supplying and displaying steps use a remote communication interface

3 The method of claim 2 wherein said remote communication interface uses the Internet

4. The method of claim 1 wherein said displaying step additionally includes displaying said source data stream and said enabling step includes enabling said user to copy selected portions of said source data stream into selected fields of said form

5 The method of claim 1 wherein one or more of said target strings are essentially equivalent to said extracted source data strings

5,999,939

7

6 The method of claim 1 additionally comprising the step of:

supplying one or more supplemental data strings in response to a supplemental inquiry form; and wherein said displayed structured form additionally displays fields having said supplemental data strings inserted within

7 A system for facilitating the accurate transfer of information from each of a plurality of nonuniformly formatted source data streams into a structured database, said system comprising:

means for supplying digital data representing each of a plurality of source data streams from a plurality of users, each said source data stream containing data corresponding to multiple discernible source data strings;

data extraction means for extracting selected ones of said source data strings and generating related target data strings;

means for displaying a structured form comprised of multiple fields, each field capable of accommodating a data string and wherein one or more of said fields have said target data strings inserted within;

means for enabling each user to modify said target data strings inserted within said displayed form corresponding to said source data stream originating from said user before accepting said form; and

means for storing data corresponding to said data strings from said form fields into said database

8 The system of claim 7 wherein said means for supplying said digital data to said data extraction means comprises each said user submitting said digital data via a remote communication interface

9 The system of claim 8 wherein said remote communication interface uses the Internet

10 The system of claim 7 wherein said data extraction means additionally comprises means for returning said form via a remote communication interface

11 The system of claim 10 wherein said remote communication interface uses the Internet

12 The system of claim 7 wherein said means for enabling includes enabling each said user to copy selected portions of said source data stream into selected fields of said form

13 The system of claim 7 wherein one or more of said target strings are essentially equivalent to said extracted source data strings

8

14 The system of claim 1 additionally comprising:

means for supplying one or more supplemental data strings in response to a supplemental inquiry form; and wherein

said displayed structured form additionally displays fields having said supplemental data strings inserted within.

15 A system for facilitating the accurate transfer of information from each of a plurality of nonuniformly formatted source data streams into a structured database, said system comprising:

a communication interface for supplying from each of a plurality of user sites a source data stream containing data corresponding to multiple discernible source data strings;

a data extractor for extracting selected ones of said source data strings from said source data streams and generating related target data strings and for returning said target data strings to said user sites;

display apparatus for displaying a structured form comprised of multiple fields, each field capable of accommodating a data string and wherein one or more of said fields have said target data strings inserted within;

data entry apparatus for enabling each user to alter said fields of said form corresponding to said source data stream originating from said user before accepting said form; and

a database for storing data corresponding to said data strings from said form fields

16. The system of claim 15 wherein said communication interface uses the Internet

17. The system of claim 15 wherein said display apparatus additionally displays said source data stream and said data entry apparatus enables said users to copy selected portions of said source data stream into selected fields of said form

18 The system of claim 17 wherein said data extraction apparatus additionally returns said source data stream to its corresponding user

19 The system of claim 15 wherein one or more of said target data strings are essentially equivalent to said extracted source data strings

20 The system of claim 15 additionally comprising:

means for supplying one or more supplemental data strings in response to a supplemental inquiry form; and wherein

said displayed structured form additionally displays fields having said supplemental data strings inserted within

* * * * *

# EXHIBIT B

US006996561B2

(12) **United States Patent**
de Hilster et al.

(10) Patent No.: **US 6,996,561 B2**
(45) Date of Patent: **\*Feb. 7, 2006**

(54) **SYSTEM AND METHOD FOR INTERACTIVELY ENTERING DATA INTO A DATABASE**

(75) Inventors: **David S. de Hilster**, Long Beach, CA (US); **Alan G. Porter**, Huntington Beach, CA (US); **John Reese**, Los Angeles, CA (US)

(73) Assignee: **BrassRing, LLC**, Waltham, MA (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 649 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/948,408**

(22) Filed: **Sep. 6, 2001**

(65) **Prior Publication Data**

US 2002/0065830 A1 May 30, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/456,930, filed on Dec. 7, 1999, now abandoned, which is a continuation-in-part of application No. 09/019,948, filed on Feb. 6, 1998, now Pat. No. 5,999,939.

(60) Provisional application No. 60/068,404, filed on Dec. 21, 1997.

(51) **Int. Cl.**
*G06F 17/30* (2006.01)

(52) **U.S. Cl.** .................................... **707/6**; 715/500
(58) **Field of Classification Search** ............ 707/102, 707/6; 715/430, 500
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,164,899 A | 11/1992 | Sobotka et al. | ...... | 705/9 |
| 5,197,004 A | 3/1993 | Sobotka et al. | ...... | 705/8 |
| 5,315,504 A | \* 5/1994 | Lemble | ...... | 700/90 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2277261 A | 9/1999 |
| WO | WO 95/24687 A1 | 9/1995 |
| WO | WO01/97086 A2 | 12/2001 |

OTHER PUBLICATIONS

Barchilon, "Technology's Impact on Online Resumes", IEEE, 1998, pp. 183–187.

(Continued)

*Primary Examiner*—Wayne Amsbury
(74) *Attorney, Agent, or Firm*—Lowrie, Lando & Anastasi, LLP

(57) **ABSTRACT**

A system and method for facilitating the accurate entry of information into a highly structured database by initially extracting information from a plurality of nonuniformly formatted source data streams, e.g., documents/files, and subsequent interactions with users before storing the accepted and/or modified information into the database. Embodiments of the present invention provide an interactive path for each user (e.g., the author of the source document/file) to interactively modify the extracted data, e.g., according to the source document/file. Preferably, this interactive path is provided via the Internet and the extracted information can be modified by editing and/or selectively copying portions of the source documents/files to supplement and/or modify the extracted information.

**36 Claims, 12 Drawing Sheets**



## US 6,996,561 B2
Page 2

### U S PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,361,355 A | * | 11/1994 | Kondo et al | 717/120 |
| 5,379,420 A | * | 1/1995 | Ullner | 707/6 |
| 5,412,384 A | * | 5/1995 | Chang et al | 341/79 |
| 5,550,967 A | | 8/1996 | Brewer et al | |
| 5,604,900 A | | 2/1997 | Iwamoto et al | |
| 5,608,904 A | * | 3/1997 | Chaudhuri et al | 707/2 |
| 5,675,780 A | * | 10/1997 | Plant-Mason et al | 707/6 |
| 5,721,827 A | | 2/1998 | Logan et al | 709/217 |
| 5,732,216 A | | 3/1998 | Logan et al | 709/217 |
| 5,740,425 A | | 4/1998 | Povilus | 707/100 |
| 5,758,126 A | * | 5/1998 | Daniels et al | 715/780 |
| 5,758,324 A | * | 5/1998 | Hartman et al | 705/1 |
| 5,806,057 A | | 9/1998 | Gormley et al | 707/1 |
| 5,809,248 A | | 9/1998 | Vidovic | 709/219 |
| 5,819,301 A | * | 10/1998 | Rowe et al | 715/513 |
| 5,832,496 A | | 11/1998 | Anand et al | 707/102 |
| 5,832,497 A | * | 11/1998 | Taylor | 707/104 1 |
| 5,855,007 A | | 12/1998 | Jovicic et al | 705/14 |
| 5,857,183 A | * | 1/1999 | Kableshkov | 707/3 |
| 5,907,837 A | | 5/1999 | Ferrel et al | 707/3 |
| 5,973,696 A | * | 10/1999 | Agranat et al | 715/760 |
| 5,999,939 A | | 12/1999 | de Hilster | 707/102 |
| 6,018,749 A | | 1/2000 | Rivette et al | 707/505 |
| 6,044,382 A | * | 3/2000 | Martino | 715/505 |
| 6,047,296 A | * | 4/2000 | Wilmott et al | 715/513 |
| 6,078,924 A | * | 6/2000 | Ainsbury et al | 707/101 |
| 6,199,048 B1 | | 3/2001 | Hudetz et al | |
| 6,202,023 B1 | | 3/2001 | Hancock et al | |
| 6,233,618 B1 | | 5/2001 | Shannon | |
| 6,266,659 B1 | | 7/2001 | Nadkarni | |
| 6,321,228 B1 | | 11/2001 | Crandall et al | |
| 6,785,679 B1 | | 8/2004 | Dane et al | |
| 2004/0215623 A1 | | 10/2004 | Dane et al | |

### OTHER PUBLICATIONS

*Brassring Inc v Interactive Search Inc*, Complaint, Civil Action No 00CV11525JLT, filed Jul 31, 2000 in the United States District Court for the District of Massachusetts, and a copy of the Docket relating thereto.

Chabrow, E R, "Online employment (World Wide Web: job hunting and recruitment applications)," Information Week, Jan 23, 1995, No 511, pp 38–41, 44–45

Goth et al, "Scarcity of IT Workers is the Mother of Recruiter Innovations", IEEE, 1999, pp 15–17

Maltais, "Conducting a Job Search on the Internet", IEEE, 1997, pp 131–133

Romei, L K, "Human Resource Management Keeps Computers Humming (job applications processing)," Managing Office Technology, Nov 1994, vol 39, No 11, pp 45

Noah, William W and Rollin V Weeks, "TRW: Description of the Deft System as Used for MUC–5," pp 237–248

Noah, William W and Rollin V Weeks, *"TRW Description of the Deft System as Used for MUC–5,"* pp 237–248

* cited by examiner



*Fig. 1*



EXPERIENCE:

11/96 - 7/97 Relocation Assistance Coordinator
Tokyo Central Agency (TGA Inc.) Tokyo, Japan
Worked in a completely bilingual environment, involved in all aspects of Expatriate relocation.
Conducted various orientations focusing particularly on life in Tokyo assistance in immigration
and other official procedures, house hunting and school arrangements. Constantly required to use
various skills in interpretation, translation, negotiation and cultural awareness.

## Fig. 2



## Fig. 3



*Fig. 4*



USER — GENERATE A RESUME
66

USER — REQUEST FIRST WEB PAGE FORM
68

SERVICE PROVIDER — SEND FIRST FORM
72

USER — PASTE COPY OF RESUME IN FIRST FORM & SEND
74

SERVICE PROVIDER — EXTRACT TEXT FROM PASTED RESUME
76

} STEP ONE

SERVICE PROVIDER — SEND SECOND FORM
80

USER — ANSWER SUPPLEMENTAL QUESTIONS AND SEND
84

} STEP TWO

SERVICE PROVIDER — COMBINE EXTRACTED TEXT AND SUPPEMENTAL ANSWER TEXT AND SEND AS THIRD FORM
96

USER — EDIT SUPPLIED TEXT FIELDS INCLUDING PASTING RESUME TEXT INTO SUPPLIED FIELDS
100

USER — SEND ACCEPTED THIRD FORM
102

} STEP THREE

SERVICE PROVIDER — SAVE TEXT FIELDS IN DATABASE PLUS RESUME TEXT
106

*Fig. 5*



job*Engine*                        Post Resume

Help**?**

This page is for posting a new resume. Click here to <u>Change</u> or <u>Remove</u> a previously posted resume.

Instructions:

There are 3 steps to post your resume:

- Paste in your resume.
- Answer a few questions.
- Review our work to ensure that the information in your resume is correct. Then enroll.

And only a few rules:                                     ⟋ 68

- Items labelled in Red are Required.
- Items labelled in Black are Optional, but we strongly suggest that you take a few minutes to answer the questions. Your answers provide information, not typically found in a resume, that employers want to know before they contact you.

Don't worry -- nothing will be saved in the database without your review and approval.

## STEP ONE -- PASTE IN YOUR RESUME

Copy your resume from a text file on your computer and paste into the text block below

Be sure your contact information (name, address, phone number(s) and email address) appears only at the top of the resume, and that nothing in the body of your resume (like your current job description) identifies you. This protects your privacy. This step is Required.

⟋ 70

Resume:

```
Arthur Smith
1234 Main Street
Sausalito, California 94965
Tel: 415-555-5432    Fax: 415-555-5543
E-mail: asmith@isp.com

EXPERIENCE:

11/96 - 7/97 Relocation Assistance Coordinator
Tokyo Central Agency (TCA Inc.) Tokyo, Japan
```



# *Fig. 6A*

jobEngine

Post Resume
Help?

### STEP TWO -- ANSWER A FEW QUESTIONS

There's some additional information, not typically in your resume, that is very helpful to employers. Most of these questions are optional. However, you should try to answer as many as possible. It will only take a few minutes... promise.

~72

**Job Goals**

Functional Specialties

GENERAL MANAGEMENT
  Senior Management (CEO Pres, COO, GM)
  Branch & Regional Management
INFORMATION TECHNOLOGY MANAGEMENT
82a

Type of Position    Full Time    ~82b

Expected Compensation    open    ~82c

Travel    Moderate (25%-50%)    ~82d

Relocation    Yes - I can relocate to:    Areas    most anywhere
   ~82e        ~82f

**About You**

Citizenship    U.S. Citizen    ~82g

Current Clearances    No    ~82h

**Enrollment**

Type    ~82i

   ● Open - Your full resume, including contact information, will be available to employers.

   ○ Confidential - Your full resume, except your contact information, will be available to employers. Those interested in contacting you can do so via email forwarded to you confidentially.

   ○ Private - No employer can see your resume. It is retained in jobEngine's Resume Center as a convenience to you when applying to jobs.

[ Ready for Step 3! ] [ Start Over ]

Comments, questions or suggestions? Please email us at support@jobEngine.com

— A ZDNet and I-Search Site —

 Copyright (c) 1997 jointly by Ziff-Davis (ZDNet) and Interactive Search (I-Search). All rights reserved. jobEngine and "Matchmakers for IT Professionals" are joint service marks of Ziff-Davis and 

## Fig. 6B

## job*Engine*

### STEP 3 -- REVIEW INFORMATION AND ENROLL

## Post Resume
Help ?

We know you hate to enter again what you have already put into your resume. So, we've tried first to fin
information we need. Please review the information carefully and correct errors. A copy of your resum
included for copying and pasting as needed. This is an important step. Remember – items labeled in Re
Required.

Be sure to scroll through all the data in this window, make all needed corrections, select a Resu
Access Code and password, and then Post your resume.



### Experience

Your three most recent positions. The order of jobs is not important. For each job entered, information is
in each of the four columns with red labels.

| Start Date | End Date | Company | Title |
|---|---|---|---|
| 11/96 | 7/97 | TGA Inc. | Relocation Assistan |
| 3/95 | 10/96 | NCR English Language Inst | English Teacher |
| 8/94 | 2/55 | Los Angeles | Sales Associate |

| Year First Employed | 5/93 |
|---|---|

### Education

Your three most recent degrees. For each degree entered, information is required in each of the two colu
red labels. Information in the other columns is helpful.



| Year | Degree | School | Major |
|---|---|---|---|
| March, 1 | Bachelor of Ar | University of California | Speech Communications |
| | | | |
| | | | |

## *Fig.6C* (PART 1 OF 3)

Job Goals

Functional Specialties

Senior Management (CEO Pres, COO, GM)
Branch & Regional Management
INFORMATION TECHNOLOGY MANAGEMENT

Type of Position   Full Time

Expected Compensation   open

Travel   Moderate (25%-50%)

Relocation   Yes - I can relocate to:   Areas   most anywhere

About You

Citizenship   U.S. Citizen

Current Clearances   No

Please Help Us

We are curious about how you learned about jobEngine. Please help us by selecting one of the choices

Access Keys

Select an access code and password for future access to your resume.

Resume Access Code   arthur

Password

Password (again)

Posting

Neither Ziff-Davis nor I-Search is responsible for the verification of data provided and shall not be liable for any errors, factual, transcript otherwise, contained in the information posted. Further, we assume no obligation with respect to the compliance of the information or a process with applicable governmental laws, rules and regulations of any land regarding employment practices. With respect to confide Ziff-Davis and I-Search will use reasonable measures to delete the applicant's identity, but shall not be responsible for unintentional dis software malfunctions or exposures of applicant through descriptive information contained in the body of the resume.

I accept the agreement, post my resume

Your resume text for cutting and pasting information a
Back to Form

Processed by I-Search:   151-9000-5279

Arthur Smith
1234 Main Street
Sausalito, California 94565
Tel: 415-555-5432     Fax: 415-555-5543
E-mail: asmith@isp.com

EXPERIENCE:

*Fig.6C* (PART 2 OF 3)

11/96 - 7/97 Relocation Assistance Coordinator
Tokyo Central Agency (TGA Inc.) Tokyo, Japan
Worked in a completely bilingual environment, involved in all aspects of Expa
Conducted various orientations focusing particularly on life in Tokyo assista
other official procedures, house hunting and school arrangements. Constantly
skills in interpretation, translation, negotiation and cultural awareness.

3/95 - 10/96 English Teacher
NCR English Language Institute, Tokyo, Japan
Neva Inter cultural Institute, Tokyo, Japan
Experienced in all aspects of teaching English as a foreign language, includi
T.O.E.F.L. Actively participated in recruitment of new students, student lev
progress analysis. Voted Teacher of the Year by students and upper managemen

8/94 - 2/95 Sales Associate
Nordstroms, Los Angeles, CA     24'~
Consistently ranked as highest in customer sales and satisfaction in a compet
environment. Sharpened communicational skills and refined fashion sense gave
privilege of an honest and bright salesperson.

5/93 - 6/94 Resort Hotel Supervisor
Pacific Islands Club, Guam, U. S. A.
Thrived in a resort where the primary focus was to initiate guest interaction
department of sports, entertainment and activities. Assumed direct responsib
sports complex, training the constant influx of new employees, inventory and
introduction of inventive and efficient motivational techniques) and complete

EDUCATION:

Bachelor of Arts - Speech Communications
University of California at Santa Barbara
Graduation:    March, 1993

Major Courses of Study & Interest
Interpersonal Relations, Creative Writing, Psychology, Sociology

CERTIFICATES: National Japanese Proficiency Exam - Level 2
  INTERESTS: Travel, Japanese, Scuba Diving, Tennis

(PGCNT)
(PAGE)

Comments, questions or suggestions? Please email us at support@jobEngine.com

—— A ZDNet and I-Search Site ——



Copyright (c) 1997 jointly by Ziff-Davis (ZDNet) and Interactive Search (I-Search)  All rights reserved
jobEngine and "Matchmakers for IT Professionals" are joint service marks of Ziff-Davis and
Interactive Search.



I-Search

# Fig.6C (PART 3 OF 3)

Case 1:09-cv-00789-SLR Document 62-2 Filed 05/09/2008 Page 29 of 37

# Arthur Smith

1234 Main Street
Sausalito, California 94965
Tel: 415-555-5432   Fax: 415-555-5543
E-mail: asmith@isp.com

 12

EXPERIENCE:

*11/96 - 7/97 Relocation Assistance Coordinator*

Tokyo Central Agency (TGA Inc.) Tokyo, Japan
Worked in a completely bilingual environment, involved in all aspects of Expatriate relocation.
Conducted various orientations focusing particularly on life in Tokyo assistance in immigration
and other official procedures, house hunting and school arrangements. Constantly required to use
various skills in interpretation, translation, negotiation and cultural awareness.

*3/95 - 10/96 English Teacher*

NCR English Language Institute, Tokyo, Japan
Nova Inter cultural Institute, Tokyo, Japan
Experienced in all aspects of teaching English as a foreign language, including Phonics, and
T.O.E.F.L. Actively participated in recruitment of new students, student level assessment and
progress analysis. Voted Teacher of the Year by students and upper management.

*8/94 - 2/95 Sales Associate*

Nordstroms, Los Angeles, CA
Consistently ranked as highest in customer sales and satisfaction in a competitive retail
environment. Sharpened communicational skills and refined fashion sense gave customers the
privilege of an honest and bright salesperson.

*5/93 - 6/94 Resort Hotel Supervisor*

Pacific Islands Club, Guam, U.S.A.
Thrived in a resort where the primary focus was to initiate guest interaction in the unique
department of sports, entertainment and activities. Assumed direct responsibility for managing the
sports complex, training the constant influx of new employees, inventory and ordering of supplies,
introduction of inventive and efficient motivational techniques) and complete area maintenance.

EDUCATION:

Bachelor of Arts - Speech Communications
University of California at Santa Barbara
Graduation: March, 1993

Major Courses of Study & Interest
Interpersonal Relations, Creative Writing, Psychology, Sociology

CERTIFICATES: National Japanese Proficiency Exam - Level 2

INTERESTS: Travel, Japanese, Scuba Diving, Tennis

## Fig. 7



*Fig. 8*



*ig. 9*

US 6,996,561 B2

1

# SYSTEM AND METHOD FOR INTERACTIVELY ENTERING DATA INTO A DATABASE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 09/456,930, filed Dec. 7, 1999 now abandon, which is a continuation-in-part of U.S. Application Ser. No. 09/019, 948, filed Feb. 6, 1998, now U.S. Pat. No. 5,999,939, which claims the benefit of U.S. Provisional Application No. 60/068,404, filed Dec. 21, 1997.

## BACKGROUND OF THE INVENTION

The present invention relates to data processing systems for entering information into and accessing information from large structured databases and in particular to those systems which allow multiple independent users to enter information from nonuniformly formatted documents/files and to interact with the system to assure the accuracy of the database entries.

The use of databases for storing data records which can be readily searched is well known. A typical application of large structured databases would be a system for matching jobs and applicants. When used in conjunction with a search engine, a program that can search for matches between inquiry data and data stored within the database, such a system significantly reduces the manual efforts required to match the needs of employers (job providers) and applicants (job seekers). In order to enter applicant data into the database, source documents/files (typically, nonuniformly formatted resume) can be used. Since the format of text data contained within a resume is typically not standardized, text data extraction software is used to retrieve data for entry into the database. Typical of such data extraction software is that described in U.S. Pat. Nos. 5,164,899 and 5,197,004.

## SUMMARY OF THE INVENTION

The present invention is directed to a system for facilitating the accurate transfer of information from a source data stream, e.g., a document/file, to a highly structured database and more particularly to such systems capable of accepting nonuniformly formatted documents, e.g., text documents such as resumes, advertisements, and medical records, from a plurality of users via a remote communication interface, e.g., the Internet, and for extracting information therefrom via a procedure which includes user participation to assure the transfer of appropriate entries into the database.

Embodiments of the present invention provide an interactive path for a user (typically, the author of the source document/file) to interactively modify the extracted information. In a preferred embodiment, this interactive path is provided via the Internet and the extracted information can be altered by editing and/or selectively copying portions of the source document/file to supplement and/or modify the extracted information.

A preferred system for facilitating the accurate transfer of information from each of a plurality of nonuniformly formatted source data streams into a structured database comprises (1) means for supplying digital data representing each of a plurality of source data streams from a plurality of users, each source data stream containing data corresponding to multiple discernible source data strings, (2) data extraction means for extracting selected ones of the source data strings and generating related target data strings, (3) means for

2

displaying a structured form comprised of multiple fields, each field capable of accommodating a data string and wherein one or more of the fields have the target data strings inserted within, (4) means for enabling each user to modify the target strings inserted within the displayed form corresponding to the source data stream originating from the user before accepting the form, and (5) means for storing data corresponding to the data strings from the form fields into the database.

In a further aspect of the present invention, the providing means uses a remote communication interface, preferably using the Internet, to supply the source document/file to the data extraction means and, subsequently, to return the form having target data strings within its fields.

An additional embodiment of the present invention also comprises a means for providing one or more supplemental inquiry forms to a user, receiving data strings in response to the supplemental inquiry forms, and for providing the data strings back to the user along with the target data strings in a structured form.

In a further aspect of the present invention, the providing means enables a user to submit digital data in the form of an audio stream. Data processing includes the conversion of the audio stream to a text string. The text string is then processed in the same manner as a user submitted source string containing text.

In an alternative embodiment of the present invention, the providing means uses traditional mail to supply the source document/file to the data extraction means. Alternatively, the data extraction means, structured form generating means, supplemental inquiry form generator, and structured form editing means are supplied to the user's computer as a self executing piece of software.

The novel features of the invention are set forth with particularity in the appended claims. The invention will be best understood from the following description when read in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 comprises a simplified block diagram of a system for entering resume data into a database and interactively modifying and/or supplementing such entered data;

FIG. 2 is a portion of the exemplary resume of FIG. 7, showing the extraction of source text strings based on the syntax of surrounding text;

FIG. 3 is a diagram of the structure of an exemplary database comprised of a plurality of applicant data records;

FIG. 4 comprises an expanded block diagram of the flow of the data entry system of FIG. 1;

FIG. 5 comprises a simplified flow chart of the data entry flow of FIG. 4;

FIGS. 6A–6C show exemplary forms for providing resume and/or supplementary data to the database service provider of FIG. 1; and

FIG. 7 shows an exemplary resume used in conjunction with the forms of FIGS. 6A–6C.

FIG. 8 comprises a simplified block diagram of a system for entering resume data into a database and interactively modifying and/or supplementing such entered data using software stored on a user's computer.

FIG. 9 comprises a flow chart of the data entry system of FIG. 8.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is directed to a system for facilitating the accurate transfer of information from a source data

| 3 | 4 |

stream, e g , a document/file, to a highly structured database and more particularly to such systems capable of accepting nonuniformly formatted documents, e g , text documents such as resumes, from a plurality of users via a remote communication interface, e g , the Internet, and for extracting information therefrom via a procedure which includes user participation to assure the transfer of appropriate entries into the database

In a preferred embodiment of the present invention, the system is used to place nonuniformly formatted advertisements into a structured database In an additional embodiment of the present invention, the system is used to place nonuniformly formatted medical records into a structured database

Embodiments of the present invention provide an interactive path for a user (typically, the author of the source document/file) to interactively modify the extracted information, e g , according to the source document/file In a preferred embodiment, this interactive path is provided via the Internet and the extracted information can be altered by editing and/or selectively copying portions of the source document/file to supplement and/or modify the extracted information

FIG. 1 comprises a simplified block diagram of a system 10 for entering data from a source data stream 12, e g , a text document/file such as a resume, into a database 14 and interactively modifying and/or supplementing such entered data In an exemplary job search environment, the interactive system 10 provides an improved system and method for accurately transferring information from resume source document/file 12, hereinafter referred to as resumes and preferably independently generated by a plurality of applicants 16, into the database 14 where it is accessible (preferably via a search engine as described further below) to one or more employers 18 Resumes are preferably used as the source documents/files 12 in this environment since resumes are a well-accepted tool for providing information from an applicant to an employer and, as such, they typically already exist

As shown in FIG. 1, the resume 12 is typically generated via path 20 using a word processor (not shown) Interactions between the applicant 16 and resume 12 typically continue via the word processor until a satisfactory resume 12 is generated and stored as corresponding digital data However, resumes are generally nonstructured or loosely structured (and nonuniformly formatted between users) text documents that are only intended to be human readable e g , by the employer 18 and the applicant 16, and are typically not directly useable in the highly structured database 14 Consequently, the resume 12 is supplied via path 21 to a data extractor 22, preferably implemented as text data extraction software (e g , the DEFT software developed by TRW as part of their InfoWeb™ system), to selectively convert information from the format of the unstructured (or loosely structured) resume 12 to the format of the highly structured database 14 Essentially as shown in FIG. 2 (a portion of the exemplary resume of FIG. 7), the data extractor 22 isolates one or more discernible source data strings, e g , text data strings 24, within the resume 12 and, according to the content of the source data strings, e g , 24a–24z, and using the syntax of surrounding keyword data, e g , text strings 26, determines a correlation between source text strings 24 and data fields 28 that are to be entered into the database 14. For example, the keyword text string 26 ("EXPERIENCE") identifies the following source text strings 24 as being related to the applicant's job experience due to the syntax of the surrounding text, e g , the keyword "experience", the existence of dates, the identification of a company (Inc ), etc

As shown in FIG. 3, an exemplary applicant database 14 is comprised of a plurality of fixed length records 30, each corresponding to a different one of a plurality of applicants 16. Each record 30 is comprised of a plurality of data fields 28 having predefined formats and lengths, corresponding to searchable pieces of information

Table 1 shows an exemplary partial list of definitions of the information stored in the data fields 28 of the database 14 of FIG. 3

TABLE I

| Data Field | Definition |
|---|---|
| 28j | Most recent job start date |
| 28k | Most recent job end date |
| 28l | Most recent job company |
| 28m | Most recent job title |
| 28n | Next job start date |
| 28o | Next job end date |
| 28p | Next job company |
| 28q | Next job title |

First, the data extractor 22 extracts source data strings, e g , text strings 24a–2d, from the resume 12 Optionally, the text format of one or more of the source text strings 24 are then altered by the data extractor 22 to generate target data strings, e g , text strings 32, of a standardized format For example, a date text string could be standardized (e g, Mar 12, 1993 could be changed to 3/12/93) Otherwise, the stored target text string 32 is essentially identical to the source text string 24. As described further below, each target text string 32 preferably directly corresponds to the data fields 28 in the database 14 (e g., the target string 32 corresponding to source text string 24a corresponds to 28j) and thus, following the modification/correlation process described below, target text strings 32 are stored via path 34 into the database 14 (following any conversions required by the format of the database 14 and its fields 28)

However, due to lack of structure of the resume 12, the data extractor 22 (also referred to as a natural language processor) is susceptible to making an incomplete or erroneous correlations Accordingly, the present invention provides an interactive path 36 that enables the applicant 16, generally the individual most acquainted with the contents of the resume 12, to modify the target text strings 32 to best correspond to the resume 12 and, thus, enhance the accuracy of the data stored in the database 14

FIG. 4 is an expanded block diagram of the system 10 of FIG. 1 showing the data flow which enables each user (i e , applicant 16 in this exemplary environment) to interact with the information extracted by the data extractor 22 and thus assure the accurate transfer of information from the resume 12 into the structured database 14 The interactive system 10 is preferably comprised of one or more user sites 38 (including a computer 40 operated by the applicant 16) and a database service provider site 42 (generally an automated service) coupled to each other via a remote communication interface 44 In the following discussion, the remote communication interface comprises the Internet 46, the associated hardware and/or software at the user 38 and database service provider 42 sites, typically comprising a modem 48 and a web (Internet) browser 50, and the associated interconnections 52 between (typically phone lines and Internet Service Providers (ISPs)) However, other communication interfaces, e g , a local area network (LAN) or a direct modem to modem or serial port to serial port connections, are also considered to be alternative remote communication interfaces

US 6,996,561 B2

Preferably, each user site 38 is comprised of the computer 40, e.g., a personal computer, having a display control output 54 that drives a display monitor 56 to generate a displayed output 58 and a data entry device, e.g., a keyboard/mouse 60, that directs operation of the computer 40 via control path 62. In contrast, while the database service provider site 42 may typically also include a monitor and a keyboard/mouse, it only requires a computer 64 that interfaces to the Internet 46.

Initially, the user 16 at user site 38 generates the source document/file, i.e., resume 12, at step 66 of FIG. 5. As previously discussed, this generation is interactive and proceeds until user 16 is satisfied with the results. However, the resulting resume 12 is generally unstructured relative to the highly structured form of the database 14.

As a next step, the user 16 requests a first web page form (step 68) via the Internet 46 to begin the process of interactively transferring the resume 12 to the database 14. The first web page form 68 (see FIG. 6A) is stored (see block 70) within computer 64 at the database service provider site 42 and is responsively provided back (see step 72) to the user site 38 via the Internet 46 (commencing STEP ONE) and displayed by the web browser 50 on the monitor 56. The user 16 then preferably provides the existing resume 12 back to the database service provider site 42 via a pasting operation used in conjunction with the web browser 50. In an exemplary Windows 95 environment, the user 16 launches the word processor, e.g., Microsoft Word, that had been used to generate the resume 12. Preferably, the user 16 then selects the entire resume document and copies it to the clipboard. Next, the user 16 pastes the resume 12 from the clipboard into a source data input field 70 of the first web page form 68 using the web browser 50, e.g., Microsoft Internet Explorer. Typically, this pasting removes any word processor formatting information and results in digital data (preferably formatted as ASCII text) representing the resume 12 being stored in the web browser 50. (Alternatively, the word processor formatting information can be extracted by the data extractor 22.) The web browser 50 is then used to send (see step 74) the first web page form 68 (now containing the resume 12) to the database service provider site 42 where the resume 12 is stored in resume storage 74. The data extractor 22 then extracts one or more source text strings 24 according to syntactical rules to establish a correspondence between the source text strings 24 (preferably saved as intermediary target text strings 32) and fields 28 of the database 14.

Next, STEP TWO of the process commences by the computer 64 at the database service provider site 42 sending a second web page form 78 (see FIG. 6B) at step 80 which is displayed via the web browser 50 on the monitor 56 at the user site 38. In this example, the second web page form 78 is a supplemental inquiry form, that asks the user 16 one or more supplemental questions. In response, the user 16 fills in supplemental fields 82, e.g., by a pull-down field, free text entry, a radio selection, etc. This filled-in form is sent back to the database service provider 42 in step 84 where supplemental text strings 86 are stored in supplemental text storage 88.

STEP THREE of the process commences by the third web page form generator 90 at the database service provider site 42 generating a third web page form 92 (see FIG. 6C), a structured form having multiple fields 94 each field being capable of accommodating a text string within. Specifically, target text strings 32 (corresponding to source text strings 24) are inserted within fields 94 according to the syntax of the source document/file 12 and the definition (e.g., name,

address, city, etc.) of each field 94. Additionally, the supplemental text strings 86 are inserted within the associated fields 94 of form 92. Preferably, the stored resume 12' from resume storage 74 is also added to the third web page form 92. Finally, the third web page form 92 is sent back in step 96 to the user site 38 where it is displayed by the web browser 50 on monitor 56.

The user 16 can now use the view the displayed form 92 to determine its accuracy. If the displayed data, including target text strings 32 and supplemental text strings 86, are accurate the user 16 sends back form 92 to the database service provider site 42 where the accepted text strings are extracted in block 98 and stored in database 14. However, as previously discussed, the displayed data is not always accurate. Accordingly, the user 16 can edit data supplied in the third web page form 92 (preferably including using the supplied resume 12) to cause the fields 94 of form 92 to more accurately represent the applicant's resume information. Using features of the web browser 50, the user 16 can in step 100 edit fields 94 and/or paste information from resume 12' (now part of form 92) to modify the data fields 94. The user in step 102 then sends the modified form 92 back to the database service provider site 42 where accepted text strings 104 from fields 94 are stored in the database 14 in step 98.

As an example of the modification process, it is noted that field 94n corresponding to the third "Company" under "Experience" has been filled in with the target text string 32 "Los Angeles". This is inaccurate since the data extractor 22 has apparently missed the company name, i.e., Nordstroms, and instead extracted the city name as the target text string 32. Therefore, the user/applicant 16 can identify this inaccuracy and either (1) edit the field 94n by typing in the correct entry or (2) select the source text string 24' from the copy 12' of resume 12 included on the third web page form and paste the proper text (Nordstroms) into field 94n. Accordingly, the user/applicant 16 has been given the opportunity to verify and correct the data before entering it into the database 14, thus assuring the accurate transfer of information into the database 14.

Once the information has been stored in the database 14, a search engine 106, preferably a software program that executes on the computer 64 at the database service provider site 42, can be used to match inquiries, e.g., from one or more employer sites 108 (preferably via the remote communication interface 44) to look for applicants 16 with specific attributes. For example, since the highly structured database 14 contains fields 28 corresponding to the schools attended by each applicant 16, the search engine 106 can, in response to a request from the employer site 108, search for applicants 16 who graduated from specific schools or any other criteria stored in the fields 28 of the database 14.

In another embodiment of the current invention, the user 16 at user site 38 generates an audio file to be used as the source file, i.e., resume 12, at step 66 of FIG. 5. The ability to submit an audio file may be particularly helpful to those who have difficulty typing or who prefer to dictate. The user 16 proceeds through the same series of steps as previously described, except that instead of cutting and pasting resume text from some type of word processor into the first web page form 68, the user 16 attaches the audio file via an attachment operation in conjunction with the web browser 50. The user 16 then uses the web browser 50 to send the first web page form 68 (now containing the resume 12 as an audio file) to the database service provider site 42 where the audio file is stored in resume storage 74.

Once received by the database service provider site 42 a speech to text conversion program is used to convert the

US 6,996,561 B2

7

8

audio file attached to first web page form 68 into a text file 12. The text file 12 is also stored in resume storage 74. The text file is then used the same way a user generated text file 12 is used as described above to generate an entry in database 14.

In another embodiment of the invention (see FIG. 8) the text extractor, supplemental question page generator, structured form generator, and structured form editor is supplied to the user's computer 40 as an applet or other self executing piece of software 69 by the database service provider. A speech to text conversion program may also be supplied to the user's computer 40. The provision of the software 69 may be done through a remote communication interface, such as the Internet. The applet or software 69 may use a web browser as an interface or it may have its own independent user interface.

Initially, the user 16 at user site 38 generates the source document/file, i.e., resume 12, at step 66 of FIG. 9. As previously discussed, this generation is interactive and proceeds until user 16 is satisfied with the results. In this embodiment however, the resume generation process can either be carried out using another word processor or through the supplied software 69 itself.

As a next step, the user 16 requests a first web page form and the associated software 69 (step 68) via the Internet 46 to begin the process of interactively transferring the resume 12 to the database 14. The first web page form 68 (see FIG. 6A) and the associated software 69 is stored (see block 70) within computer 64 at the database service provider site 42, and is responsively provided back (see step 72) to the user site 38 via the Internet 46 (commencing STEP ONE), and displayed by the web browser 50 on the monitor 56.

The user 16 then preferably provides the existing resume 12 into the software 69 either by entering it directly or via a pasting operation used in conjunction with the web browser 50.

Next, STEP TWO of the process commences by the software on the users computer 40 which generates a second form 78 (see FIG. 6B) at step 80 which is displayed on the monitor 56 at the user site 38. In this example, the second form 78 is a supplemental inquiry form, that asks the user 16 one or more supplemental questions. The number of supplemental questions can vary depending on the contents of the resume 12. In response, the user 16 fills in supplemental fields 82, e.g., by a pull-down field, free text entry, a radio selection, etc. This filled-in form is submitted to the software 69 in step 84 where the supplemental text strings 86 are stored by the software 69 to some type of recordable media as supplemental text storage 88.

STEP THREE of the process commences by the software 69 on the user's computer 40 generating a third form 92 (see FIG. 6C), a structured form having multiple fields 94, each field being capable of accommodating a text string within. Specifically, target text strings 32 (corresponding to source text strings 24) are inserted within fields 94 according to the syntax of the source document/file 12 and the definition (e.g., name, address, city, etc.) of each field 94. Additionally, the supplemental text strings 86 are inserted within the associated fields 94 of form 92. Preferably, the stored resume 12' from resume storage 74 is also added to the third form 92. The third web page form 92 is displayed by the web browser 50 on monitor 56.

The user 16 can now use the software 69 to view the displayed form 92 to determine its accuracy. If the displayed data, including target text strings 32 and supplemental text strings 86 are accurate, the user 16 sends back form 92 using

the software to the database service provider site 42 via the Internet, where the accepted text strings are extracted in block 98 and stored in database 14. However, as previously discussed, the displayed data is not always accurate. Accordingly, the user 16 can edit data supplied in the third form 92 (preferably including using the supplied resume 12) to cause the fields 94 of form 92 to more accurately represent the applicant's resume information. Using features of the web browser 50, the user 16 can in step 100 edit fields 94 and/or paste information from resume 12' (now part of form 92) to modify the data fields 94. The user in step 102 then uses their browser to send the modified form 92 back to the database service provider site 42 using the software where accepted text strings 104 from fields 94 are stored in the database 14 in step 98.

In another embodiment of the invention the text extractor, structured form generator, supplemental question page generator, and structured form editor is supplied to the user's computer as self executing piece of software 69 by the database service provider. In this embodiment the user would not need to have an Internet connection at all. The user contacts the database service provider using for example e-mail, telephone or traditional mail requesting the software 69. The software is sent to the user on portable storage media through traditional mail and is executable as a stand alone program on the user's computer 40.

The functionality is similar to the above embodiments except that once the process is complete the user is prompted to save the completed resume 12 to portable storage media. The user then sends the storage media to the database service provider using traditional mail. Once received, the database service provider takes the resume 12 off of the portable storage media and places the resume contents into the database 14.

Although the present invention has been described in detail with reference only to the presently-preferred embodiments, those of ordinary skill in the art will appreciate that various modifications can be made without departing from the invention. For example, while a job search environment has been primarily described, the present invention can be useful in other environments where the source document is essentially unstructured relative to a highly structured database. Accordingly, the invention is defined by the following claims.

What is claimed is:

1. A method for facilitating the accurate transfer of information to a structured database, said method comprising the steps of:

receiving digital data from one or more users representing one or more nonuniformly formatted source data streams, each said source data stream containing digital data corresponding to one or more discernible source data strings, wherein said digital data includes first digital data that is personal information about a first user;

extracting selected ones of said source data strings from said source data streams and generating related target data strings;

sending a structured form to said first user comprised of multiple fields, each field being capable of accommodating a data string and wherein any said generated target data strings are inserted;

enabling said first user to modify and/or accept said target data strings inserted within said structured form;

receiving digital data from said first user corresponding to said target data strings from said structured form fields; and

9

10

storing said digital data corresponding to said target data strings from said structured form fields in said database.

2. The method of claim 1 wherein said sending and receiving steps use a remote communication interface

3. The method of claim 2 wherein said remote communication interface uses the Internet

4. The method of claim 1 wherein said structured form additionally comprises said source data stream and said enabling step includes enabling said first user to copy selected portions of said source data stream into selected fields of said structured form

5. The method of claim 1 wherein one or more of said target strings are essentially equivalent to said extracted source data strings

6. The method of claim 1 additionally comprising the step of: receiving one or more supplemental data strings in response to one or more supplemental inquiry forms; and wherein

said structured form additionally comprises fields having said supplemental data strings inserted within

7. A system for facilitating the accurate transfer of information to a structured database, said system comprising:

means for receiving digital data from one or more users representing one or more nonuniformly formatted source data streams, each said source data stream containing data corresponding to one or more discernible source data strings, the said digital data including at least first digital data generated by and received from a first user;

data extraction means for extracting selected ones of said source data strings from said source data streams and generating related target data strings;

means for generating a structured form comprised of multiple fields, each field capable of accommodating a data string and wherein any said generated target data strings are inserted;

means for sending said structured form to said first user;

means for enabling said first user to modify said target data strings inserted within said structured form;

means for receiving digital data corresponding to said target data strings from said structured form fields; and

means for storing data corresponding to said target data strings from said structured form fields in said database

8. The system of claim 7 wherein said means for receiving said digital data comprises each said user sending said digital data via a remote communication interface

9. The system of claim 8 wherein said remote communication interface uses the Internet

10. The system of claim 7 wherein said means for sending said structured form additionally comprises means for returning said structured form via a remote communication interface

11. The system of claim 10 wherein said remote communication interface uses the Internet

12. The system of claim 7 wherein said means for enabling includes means for enabling each said user to copy selected portions of said source data stream into selected fields of said structured form

13. The system of claim 7 wherein one or more of said target strings are essentially equivalent to said extracted source data strings

14. The system of claim 7 additionally comprising:

means for receiving one or more supplemental data strings in response to a supplemental inquiry form; and wherein

said structured form additionally comprises fields having said supplemental data strings inserted within

15. A system for facilitating the transfer of information, said system comprising:

a communication interface for receiving from each of one or more user sites one or more nonuniformly formatted source data streams, each containing data corresponding to discernible source data strings received from a respective user who generated a respective source data stream;

a data extractor for extracting selected source data strings from said source data streams and generating related target data strings and for returning said target data strings to said user sites;

a generating apparatus for generating a structured form comprised of multiple fields, each field capable of accommodating a data string and wherein one or more of said fields have said target data strings inserted within;

a data entry apparatus for enabling each respective user to alter said fields of said structured form corresponding to said respective source data stream originating from said respective user before accepting said structured form; and

a database for storing data corresponding to said data strings from said structured form fields

16. The system of claim 15 wherein said communication interface uses the Internet

17. The system of claim 15 wherein said structured form comprises said respective source data stream and said data entry apparatus enables said respective user to copy selected portions of said respective source data stream into selected fields of said structured form

18. The system of claim 17 wherein said data extraction apparatus additionally returns said respective source data stream to its corresponding user who generated said respective source data stream

19. The system of claim 15 wherein one or more of said target data strings are essentially equivalent to said extracted source data strings

20. The system of claim 15 additionally comprising:

means for receiving one or more supplemental data strings in response to one or more supplemental inquiry forms; and wherein

said structured form additionally comprises fields having said supplemental data strings inserted within

21. A method for facilitating the accurate transfer of resume information from a nonuniformly formatted source data stream to a structured database, said method comprising the steps of:

receiving a digital representation of a resume from a first job applicant;

extracting data strings from said digital representation and generating related target data strings;

sending at least a portion of said target data strings to said first job applicant; and

enabling said first job applicant to modify said target data strings to create modified data strings;

receiving said modified data strings from said first job applicant; and

storing said modified data strings in the database

22. The method of claim 21, wherein the sending and receiving steps use a remote communication interface

23. The method of claim 22, wherein the remote communication interface uses the internet.

US 6,996,561 B2

11

**24** The method of claim **21**, wherein said target data strings are inserted into a structured form.

**25** The method of claim **24**, wherein the step of enabling includes a step of enabling said first job applicant to modify the said target data strings that are inserted into the structured form.

**26** The method of claim **24**, wherein the structured form includes multiple fields, each field being capable of accommodating at least one of said target data strings.

**27** The method of claim **24**, further comprising the step of enabling said first job applicant to accept said target data strings that are inserted into the structured form.

**28** The method of claim **21**, further comprising the step of enabling said first job applicant to accept said target data strings.

**29** A method of transferring information from nonuniformly formatted source data streams to a structured database, said method comprising the steps of:

receiving digital data from at least one user, the data including personal information about the at least one user;

processing the data received from the at least one user and generating a target data string therefrom;

sending a representation of the target data string to the at least one user, enabling the at least one user to modify the target data string;

receiving from the at least one user the modified target data string; and

12

storing the modified data string in the structured database.

**30** The method of claim **29**, wherein the representation of the target data string is a structured form.

**31** The method of claim **30**, wherein the structured form includes multiple fields, and wherein at least one of the multiple fields is capable of accommodating the target data string.

**32** The method of claim **29**, wherein the step of processing generates multiple target data strings.

**33** The method of claim **32**, wherein the step of sending includes a step of sending a structured form that includes multiple fields, each of which are capable of accepting a data string and which have target data strings inserted therein.

**34** The method of claim **33**, wherein the step of receiving from the at least one user the modified target data string includes a step of receiving at least one additional target data string in addition to the modified target data string, and wherein the step of storing includes a step of storing the at least one additional target data string and the modified target data string in the structured database.

**35** The method of claim **29**, wherein the sending and receiving steps use a remote communication interface.

**36** The method of claim **29**, wherein the remote communication interface uses the internet.

* * * * *

JS 44 (Rev 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

## I. (a) PLAINTIFFS

Kenexa BrassRing, Inc.

## DEFENDANTS

Vurv Technology, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U S PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U S PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

see attachment

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U S Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U S Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret Inc | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U S Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
35 U.S.C. §271 et seq.

Brief description of cause:
Action for patent infringement and injunctive relief

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE Robinson

DOCKET NUMBER 07-521

DATE
05/09/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

**Civil Cover Sheet - Attachment**

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 N. King Street
Wilmington, DE 19899
(302)651-7700