IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., <br><br> Plaintiff, <br><br> v. <br><br> VURV TECHNOLOGY, INC., <br><br> Defendant. | C. A. No.: 08-276 |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Kenexa BrassRing, Inc., by its undersigned counsel, states that its parent corporations are Kenexa Technology, Inc. and Kenexa Corporation, which is a publicly held corporation.

OF COUNSEL:

Matthew B. Lowrie
Robert J. Silverman
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
RICHARDS, LAYTON AND FINGER
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Plaintiff*
*KENEXA BRASSRING, INC.*

Dated: May 9, 2008