# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C. A. No. 08-276 (SLR) |
| | ) |
| VURV TECHNOLOGY, INC., | )    Jury Trial Demanded |
| | ) |
| Defendant. | ) |

## STIPULATION TO EXTEND TIME

Subject to the approval of the Court, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto that the time within which defendant must answer, move or otherwise respond to the complaint is extended through and including June 12, 2008.

The extension is requested to give defendant additional time to investigate plaintiff's claims. It will not disrupt any schedule in this case as there is no scheduling order in place at this time.

                                            RICHARDS, LAYTON & FINGER, P.A.


                                            By:/s/ Frederick L. Cottrell, III
                                                Frederick L. Cottrell, III (#2555)
                                                Steven J. Fineman (#4025)
                                                One Rodney Square
                                                920 North King Street
                                                Wilmington, Delaware  19801
                                                (302) 651-7700
                                                *Attorneys for Plaintiff*

9999.9999\370415v1

                                          PRICKETT, JONES & ELLIOTT, P.A.


                              By: /s/ Elizabeth M. McGeever
                                  Elizabeth M. McGeever (# 2057)
                                  1310 King Street
                                  Wilmington, Delaware  19801
                                  (302) 888-6500
                                  *Attorneys for Defendant*

Dated:  May 28, 2008


      SO ORDERED this ___ day of _____, 2008.


                                    _____
                                    Hon. Sue L. Robinson