## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 08-276 (SLR) |
| VURV TECHNOLOGY, INC., | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant, Vurv Technology, Inc., by its undersigned counsel, states that Taleo Corporation, a publicly held corporation, is the parent corporation owning 100% of Vurv Technology, Inc. There is no other public company that owns 10% or more of Vurv Technology, Inc.'s stock.

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (Bar ID No. 2057)
PRICKET, JONES & ELLIOTT P.A.
1310 King St.
Wilmington, DE 19801
302-888-6521
Fax: 302-888-6554

Brian L. Michaelis
William L. Prickett
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
617-946-4800
Fax: 617-946-4801

DATED: July 7, 2008

20509.1\373815v1