IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., <br><br> Plaintiff, <br><br> v. <br><br> VURV TECHNOLOGY, INC. <br><br> Defendant. | C. A. No.: 08-276-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 22, 2008, true and correct copies of Kenexa BrassRing, Inc.'s First Set of Interrogatories and First Set of Requests for the Production of Documents and Things were caused to be served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Elizabeth M. McGeever
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE  19899

**Via Electronic Mail and Federal Express**

Brian L. Michaelis
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA  02210-2028

RLF1-3314925-1

OF COUNSEL.:

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
One Main Street, Eleventh Floor
Cambridge, MA 02142

Dated: August 22, 2008

/s/

Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
cottrell@rlf.com
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiff*
*Kenexa BrassRing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY HAND DELIVERY**

Elizabeth M. McGeever
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Brian L. Michaelis
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

Steven J. Fineman (#4025)
Fineman@rlf.com